UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KEISHA PETERSEN** ) | CIVIL ACTION NO. |
| ) | 3:12-CV-00214 (MRK) |
|     **Plaintiff** ) | |
| **v.** ) | |
| ) | |
| **FMS INVESTMENT CORP.** ) | |
|     **Defendant** ) | |
| ) | SEPTEMBER 11, 2012 |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff files this notice of voluntary dismissal with prejudice as the parties have negotiated on their own.

    Plaintiff, Keisha Petersen

    By /s/ Joshua R.I. Cohen
    Joshua R.I. Cohen  (ct27939)
    Law Office of Joshua R.I. Cohen, LLC
    35 Cold Spring Road, Suite 514
    Rocky Hill, CT  06067
    Tel: (860) 233-0338
    Fax: (860) 233-0339
    jcohen@TheStudentLoanLawyer.com

### CERTIFICATION

I hereby certify that on this 11th day of September, 2012, a copy of foregoing Response to Judge's Request was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Joshua R.I. Cohen
    Joshua R.I. Cohen